**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

DEAN WILLIAMSON, derivatively on behalf of EQUINIX, INC.,

Plaintiff,

v.

CHARLES J. MEYERS, ADAIRE FOX-MARTIN, NANCI CALDWELL, GARY HROMADKO, THOMAS OLINGER, CHRISTOPHER PAISLEY, SANDRA RIVERA, FIDELMA RUSSO, PETER VAN CAMP, JEETU PATEL, THOMAS A. BARTLETT, KEITH D. TAYLOR, SCOTT G. KRIENS, WILLIAM K. LUBY, and IRVING LYONS, III,

Defendants,

-and-

EQUINIX, INC.,

Nominal Defendant.

Civil Action No. 25-989-GBW

---

**ORDER**

At Wilmington this 27th day of May 2026, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss for Failure to State a Claim (D.I. 26) is **GRANTED**.

2. Count I is **DISMISSED WITH PREJUDICE**.

3. Counts II, III, and IV are **DISMISSED WITHOUT PREJUDICE**.

GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE